UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BYRON K. HENSLEY,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.

Case No. 1:12-cv-653
Barrett, J.
Litkovitz, M.J.

ORDER

On April 26, 2013, the Commissioner filed a sur-reply to plaintiff's Statement of Errors requesting that the Court hold consideration of this matter in abeyance pending the Sixth Circuit's ruling on the petition for rehearing filed in *Gayheart v. Commissioner of Social Sec.*, 710 F.3d 365 (6th Cir. 2013). The Sixth Circuit denied the petition for rehearing on May 2, 2013. The Commissioner's request is therefore DENIED as moot.

**IT IS SO ORDERED.**

Date: 7/18/13

Karen L. Litkovitz
United States Magistrate Judge